CHRISTOPHER J. HICKS
Washoe County District Attorney

MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JAMI McHENRY,

      Plaintiff,

      vs.

WASHOE COUNTY, a political subdivision
of the State of Nevada, and DOES I-X,

      Defendants.

_____/

Case No. 3:19-cv-00705-MMD-WGC

**STIPULATION FOR EXTENSION OF TIME (First Request)**

     Plaintiff Jami McHenry, through counsel of record Mark Mausert, and Defendant Washoe County, through counsel Michael W. Large, Washoe County Deputy District Attorney, hereby stipulate that Defendants shall have through January 16, 2020, to file responsive pleadings to Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF #8) due to a scheduling conflict and the health of defense counsel. This is the first request for an extension to respond to the opposition and is not sought for purposes of delay. Attached hereto as Exhibit 1 is the proposed Order Granting the Extension of Time.

-1-

Dated this 6th day of January 2020.

CHRISTOPHER J. HICKS
District Attorney

By ___/s/ Michael W. Large___
    MICHAEL W. LARGE
    Deputy District Attorney
    One South Sierra Street
    Reno, NV 89501
    mlarge@da.washoecounty.us
    (775) 337-5700

    ATTORNEYS FOR WASHOE
    COUNTY

Dated this 6th day of January 2020.

By ___/s/ Mark Mausert___
    MARK MAUSERT, ESQUIRE
    729 Evans Avenue
    Reno, NV 89512
    mark@markmausertlaw.com
    (775) 786-8658

    ATTORNEY FOR JAMI MCHENRY

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

MARK MAUSERT, ESQUIRE

Dated this 6th day of January 2020.

_____/s/ C. Theumer_____
C. Theumer

**EXHIBIT INDEX**

Exhibit 1        "Proposed" Order Granting Extension of Time

# EXHIBIT 1 - ORDER

**EXHIBIT 1**

CHRISTOPHER J. HICKS
Washoe County District Attorney

MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JAMI McHENRY,

    Plaintiff,

    vs.

WASHOE COUNTY, a political subdivision
of the State of Nevada, and DOES I-X,

    Defendants.

_____/

Case No. 3:19-cv-00705-MMD-WGC

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME (First Request)**

It is hereby Ordered that Defendants request for extension of time to reply to Plaintiff's Opposition to Motion to Dismiss is Granted. Defendants shall have until January 16, 2020, to file a reply.

Dated this 7th day of January, 2020.

    IT IS SO ORDERED.

_____
U.S. DISTRICT COURT