MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMI McHENRY, | **Case No.:** 3:19-cv-00705-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] FOR DISMISSAL WITH PREJUDICE** |
| WASHOE COUNTY, a political subdivision of the State of Nevada, and DOES I-X, | |
| Defendant. | |

Plaintiff, JAMI McHENRY, and Defendant, WASHOE COUNTY, a political subdivision of the State of Nevada, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///
///
///
///
///
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 29th day of September, 2020.  DATED this 21st day of September, 2020.
MARK MAUSERT LAW OFFICE                  WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE / DOTSON LAW

By: /s/ Mark Mausert                     By: /s/ Michael Large    By: /s/ Robert A. Dotson
MARK MAUSERT                             MICHAEL LARGE            ROBERT A. DOTSON
729 Evans Avenue                         One South Sierra Street  DOTSON LAW
Reno, Nevada 89512                       Reno, Nevada 89501       5355 Reno Corporate Drive, Suite 100
*Attorney for Plaintiff*                 *Attorney for Defendant* Reno, Nevada 89511
                                                                  *Attorneys for Defendant*

                         **IT IS SO ORDERED.**

Dated this  29th  day of  September , 2020.

_____
UNITED STATES DISTRICT JUDGE

2.